[No. 23746–2–I.   Division One.   April 23, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. WAYNE
RICHARD DuBOIS, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 88–8–02847–0, Carmen Otero, J., entered January 25, 1990. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Webster and Winsor, JJ.

[No. 23489–7–I.   Division One.   April 23, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. CHIHHUA HU,
*Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 88–8–02499–7, Carmen Otero, J., entered
November 30, 1988. *Affirmed* by unpublished opinion per
Swanson, J., concurred in by Scholfield and Pekelis, JJ.

[No. 22696–7–I.   Division One.   April 23, 1990.]

PACIFIC PLATING, INC., *Respondent,* v. HAROLD C. HILKER,
JR., ET AL, *Appellants,*

Appeal from a judgment of the Superior Court for Snohomish County, No. 87–2–05135–6, John E. Rutter, Jr., J.,
entered July 8, 1988. *Affirmed* by unpublished opinion per
Scholfield, J., concurred in by Winsor and Forrest, JJ.

[No. 23555–9–I.   Division One.   April 23, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. TROY D.
STUBBS, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 88–1–00380–1, David A. Nichols, J.,
entered December 20, 1988. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Swanson and Pekelis,
JJ.